USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

IN RE AMERICAN REALTY CAPITAL
PROPERTIES, INC. LITIG.

**ORDER SETTING STATUS CONFERENCE**

15 MC 40 (AKH)

14-cv-9444 (AKH)
15-cv-307 (AKH)
15-cv-422 (AKH)
15-cv-1291 (AKH)
15-cv-2934 (AKH)
15-cv-4107 (AKH)
15-cv-6043 (AKH)
15-cv-8464 (AKH)
15-cv-8466 (AKH)
15-cv-8467 (AKH)
15-cv-8508 (AKH)
15-cv-8510 (AKH)
15-cv-8563 (AKH)
15-cv-9318 (accepted as related)

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

A status conference will be held December 15, 2015, at 10:30 AM. At that conference, the Court will determine the organization for all ARCP cases. The Court will appoint liaison counsel and consolidate briefing schedules for the class action, non-class action securities fraud cases, and the derivative cases. Counsel shall prepare an agreed agenda, and make recommendations to the Court, 24 hours in advance of the conference.

Dated:   Dec. 1, 2015
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge